UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSHUA GOODWIN,

                    Plaintiff,

     v.                                  ORDER
                                         08-CV-660

SUPT. JOHN W. BURGE,
C.O. J. SHOPE, and
C.O. B. SUMMERS,

                    Defendants.

---

        This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A). On March 29, 2010 defendants filed a motion for summary judgment. On March 7, 2011, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for summary should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendants' motion for summary judgment is granted. The Clerk of Court is directed to take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: May 27, 2011